**STATEMENT OF FACTS**

On Sunday, October 16, 2022, at approximately 1:38 AM, uniformed members of the MPD's Third Patrol District were flagged down in the 1900 block of 9th Street, Northwest, Washington, D.C., in reference to an armed carjacking that had occurred at 1711 8th Street, Northwest.

Detective Martin Dominguez interviewed Complaining Witness-1 ("CW-1") who reported that IT and Complaining Witness-2 ("CW-2") were leaning against CW-1's 2016 gray Mercedes SUV when two Suspects displayed weapons and demanded CW-1's property. CW-1 observed Suspect-1 entering a nearby red SUV, which traveled eastbound in the 700 block of S Street, Northwest. CW-1 further observed Suspect-2 entering CW-1's Mercedes SUV before driving the Mercedes westbound in the 800 block of S Street, Northwest. CW-1 described Suspect-1 as a black male, wearing all black, including a black ski mask, and carrying a black handgun with an extended magazine. According to CW-1, Suspect-1 was between 22-23 years' old and about 5'11" in height. CW-1 described Suspect-2 as a black male, wearing all black, and carrying a black handgun with extended magazine. CW-1 estimated that Suspect-2 was between 16-17 years' old and about 5'8" in height.

CW-2 saw the Suspects exit and later reenter a red, four-door sedan. CW-2 could not provide a detailed description of the two Suspects aside from describing them as two black males, between 20-25 years in age, and wearing black hooded sweaters and black clothing generally.

Four days later, on Thursday, October 20, 2022, around 6:42 P.M., uniformed members of the MPD's Sixth Patrol District responded to a shooting in the 500 block of 51st Street, Northeast, where, among other evidence, they recovered CW-1's carjacked Mercedes. Shotspotter had activated at approximately 6:42 P.M., detecting 36 gunshots in the area. Officers found a shooting victim, Complaining Witness-3 ("CW-3"), lying in front of 508 Division Avenue, Northeast. CW-3 had sustained three bullet wounds to the back and one bullet wound to the upper, right shoulder. One of the bullets had struck CW-3's lung, causing a hemopneumothorax (the accumulation of blood and air in the chest cavity). On scene, CW-3 provided little more than ITS name to responding officers. CW-3 was transported to Medstar Washington Hospital Center, where IT was hospitalized for at least a few days.

As responding officers canvassed the crime scene, they discovered CW-1's carjacked 2016 Mercedes SUV by 519 51st Street, Northeast (with the same VIN number, but displaying different, temporary Maryland registration tags); it was still running with the doors (except for the driver's-side door) and windows opened. There were cartridge casings under the front driver's-side door and in front of the Mercedes. A total of thirty-three spent cartridge casings were recovered at the scene. Preliminary testing shows that the rounds were fired by at least four distinct firearms – among them, a 9mm Glock 17, bearing serial number BNDU139, which was recovered on November 16, 2022.

A review of surveillance footage of the shooting revealed that four Suspects shot at a group of individuals, including CW-3, in the 500 block of 51st Street, Northeast from inside of CW-1's Mercedes. In response, individuals in the targeted group scattered in different directions. The Mercedes struck a parked vehicle at or near 519 51st Street, Northeast, Washington, D.C. 20019. The four Suspects then exited the Mercedes and chased one of the members of the targeted group while at least two Suspects, one of which was later identified as TERREANCE ROBINSON,

discharged firearms in the direction of the fleeing individual. ROBINSON discharged his firearm in CW-3's direction.

Seized from within the rear passenger-seat of the Mercedes was a black Apple iPhone 11. Sixth District Crime Suppression Officer Shoemaker observed that, while in the backseat of the Mercedes, the phone was receiving multiple messages and phone calls, which caused the phone's background screen to become visible. The Device's screen, when lit, showed an individual known to Officer Shoemaker (through multiple prior contacts) as TERREANCE ROBINSON. ROBINSON is known to reside in the Clay Terrace community.



Your affiant came into possession of D.C. Housing Authority ("DCHA") surveillance footage from the Clay Terrace neighborhood that was recorded approximately eighteen minutes prior to the shooting. This surveillance shows four individuals matching the description of the four Suspects involved in the shooting. At approximately 4:30 P.M., Juvenile-1 drives a grey Mercedes SUV (consistent with CW-1's Mercedes) into the 5300 block of Clay Terrace, Northeast, Washington D.C. and speaks with Juvenile-2, Juvenile-3, and ROBINSON. Moments later, Juvenile-1 drives the Mercedes SUV to the 5200 block of Banks Place, Northeast, where he parks the vehicle. Juvenile-1 and three, unrelated individuals exit the Mercedes and walk back to the 5300 block of Clay Terrace, Northeast.

The four individuals who exited the Mercedes, including Juvenile-1, then congregate in the area of 5326 Clay Terrace, Northeast with others, to include Juveniles 2 and 3 and ROBINSON. At approximately 6:08 P.M., ROBINSON appears to hand Juvenile-2 a handgun from his waistband area. ROBINSON also appears to have a second handgun (encircled below in red), which he keeps in his possession, placing it back inside his waistband area. See the below image

2

from surveillance.



At 6:18 P.M., Juvenile-1 walks to the address of 5323 Dix Street, Northeast, Washington D.C. and enters the residence without knocking as Juveniles 2 and 3 wait outside. At approximately 6:20 P.M., Juvenile-1 exits the rear of the residence, at which time Juveniles 1 through 3 walk back to the 5300 block of Clay Terrace, Northeast. Juveniles 1 through 3 are then seen walking through the 5300 block of Clay Terrace and onto 53rd Street towards Banks Place, where Juvenile-1 had parked the Mercedes SUV earlier in the afternoon.

The three Juveniles walk into the 5200 block of Banks Place and enter the Mercedes SUV. At this time, Juvenile-1 is observed wearing the orange coat, black Nike balaclava, black pants, light-colored shoes (consistent with video of the driver who is shooting), Juvenile-2 has the surgical mask on (consistent with video of the shooting), and Juvenile-3 has tied the hood of his grey hoody over his head to conceal the view of his face (consistent with video of the shooting).



   At 6:24 P.M., the Mercedes departs the 5200 block of Banks Place, Northeast, Washington D.C. with only the three Juveniles inside.

   DCHA surveillance footage from the adjacent Lincoln Heights neighborhood, where the shooting occurred, shows the following: At 6:40 P.M. (approximately 18 minutes after the Mercedes departs from 5200 Banks Place, Northeast), the Mercedes enters the 500 block of 51st Street, Northeast, Washington, D.C. where a group of individuals, including CW-3, are gathered by a small SUV parked facing northbound on the east side of the 500 block of 51st Street, Northeast. The Mercedes travels southbound, driving by the group at approximately 6:40 P.M. At that time, several flashes (consistent with gunfire) appear to come from the driver's side of the Mercedes. All but one individual in the targeted group scatter in different directions. One individual takes cover behind the parked SUV by which the group had congregated immediately before the shooting. This individual then runs towards nearby apartments. Meanwhile, the Mercedes hits a parked vehicle.

   The rear driver's-side passenger exits the Mercedes and is observed wearing the same clothing that Juvenile-3 was wearing just eighteen minutes before, when he entered the Mercedes. Juvenile-2 and ROBINSON emerge from the rear passenger-side of the Mercedes, consistent with where ROBINSON's cell phone is ultimately recovered. Juvenile-1 exits the driver's seat wearing the same clothing as previously described. The suspects run northbound in the 500 block of 51st Street, and at least two, including ROBINSON, are seen shooting at the fleeing individual who had initially taken cover by the parked SUV. The below screenshot from the Lincoln Heights surveillance footage shows an apparent muzzle flash from the only suspect matching ROBINSON's clothing description (encircled below in red).

4



After getting out of the Mercedes, Juveniles 1 through 3 and ROBINSON run along 51st Street towards Fitch Place and then towards Division Avenue. ROBINSON and Juveniles 1 through 3 continue running towards Marvin Gaye Park which connects to Division Avenue, Northeast. Additional CCTV and DC Housing footage shows Juveniles 2 and 3 and ROBINSON emerge from the Marvin Gaye Park area, cross Dix Street, and return to the address of 306 54th Street, Northeast, Washington, D.C. in the Clay Terrace neighborhood. Upon emerging from the Marvin Gaye Park area onto Dix Street Northeast, Juvenile-3 and ROBINSON are observed carrying the black coats they had worn during the shooting, thereby exposing both of their light-colored, hooded sweatshirts.

Upon viewing the footage, your affiant identified each of the four Suspects, including ROBINSON based on your affiant's involvement in a prior investigation as well your affiant's review of ROBINSON's social media account in the weeks leading up to and on the date of the offense. Upon reviewing both the Lincoln Heights footage and the Clay Terrace footage referenced above, your affiant advised that the footage appeared to depict the same Suspects. See below for a comparison of ROBINSON from surveillance (left) as compared to an October 19, 2022 image from his Instagram account (right) wearing what appears to be the same sweatshirt worn on the date of the shooting.

5

 

On November 2, 2022, Officer Shoemaker reviewed the footage from the Clay Terrace community and identified the four Suspects, to include ROBINSON from the video. Officer Shoemaker was then shown footage of the shooting in the Lincoln Heights community. While the video from Lincoln Heights did not permit clear views of the Suspects' faces, Officer Shoemaker was confident that the individuals in that footage were the same Suspects she identified, including ROBINSON, given the following: the comparative timeframe, the Suspects' clothing, the fact that they were all together just prior to and during the shooting, and the fact that they occupied the same vehicle from which they were observed departing Clay Terrace minutes before the shooting. Officer Shoemaker reported that she knew the individuals she identified due to her time patrolling the Clay Terrace community for two years, stops and arrests made while serving as a member of the Sixth District Crime Suppression Team, and multiple investigations she had partaken in concerning the Clay Terrace neighborhood and involving the same identified individuals.

On November 16, 2022, at approximately 6:01 A.M., members of the Violence Reduction Unit ("VRU") and Federal Bureau of Investigation ("FBI") executed a D.C. Superior Court Warrant (Warrant #2022CSWSLD004044) at xxxx Xxxxx Xxxxx Xxxxxxxxx, Washington, D.C. Following a knock-and-announce, law enforcement entered the residence. Shortly thereafter, ROBINSON, the sole occupant at the time, attempted to flee out the back door. Upon observing the police presence at the rear of the residence, ROBINSON fled back into the residence and was observed running up the stairs. Officers stationed outside of the residence then observed a black firearm being tossed from an upstairs, rear window; the firearm was subsequently secured and seized as evidence. The firearm was a Glock 17, bearing serial number BNDU139. At the time of recovery, the firearm had sixteen rounds of 9mm ammunition with one round in the chamber.

ROBINSON was stopped and arrested in an upstairs bedroom within the residence, which was the same bedroom from which officers observed the firearm being tossed. During a search

incident to arrest, officers found a clear plastic twist that ROBINSON had concealed within the front part of his underwear waistband.  Within the plastic twist were sixteen zips, each containing a white rock substance, and three clear zips containing a gray powder.  Also on ROBINSON's person was $120 of U.S. currency in $20 denominations. The white rock substance, which weighed 3.4 grams with packaging, was field-tested and produced a positive chemical color reaction for cocaine base. The gray powder substance, which weighed 2.2 grams with packaging, was field-tested and produced a positive chemical color reaction for fentanyl.

Recovered in the laundry room of the residence was a pair of black Nike boots consistent with the shoes ROBINSON wore on the date of the shooting, and in the upstairs hallway closet, law enforcement also found a small red canvas bag containing 27 live rounds of 45 caliber ammunition and a 40 caliber magazine.

There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

On or about November 21, 2022, a lead from the National Integrated Ballistic Information Network ("NIBIN") was generated, linking the Glock 17 recovered on November 16, 2022, to a 9mm casing recovered from the street next to 519 51st Street, Northeast at the October 20, 2022 shooting crime scene.  Upon test-firing the Glock 17, cartridge casing evidence was entered into the Integrated Ballistic Identification System and correlated against the database to reveal consistencies with the casing entered into the System from the October 20, 2022 shooting crime scene.

ROBINSON has previously been depicted in an Instagram video, dated October 18, 2022, touting a firearm consistent in appearance with the one that he possessed on both October 20, 2022, and November 16, 2022. See the below redacted screenshots.




ROBINSON has previously been convicted of crimes punishable by imprisonment for a term exceeding one year, in the District Court for the District of Columbia (Docket Number 20-CR-75 (CKK)), the Superior Court for the District of Columbia (Criminal Case No. 2018-CF2-015519), and in the Circuit Court for Prince George's County (Criminal Case No. T161404X).

Therefore, the defendant would have been aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

Based on the foregoing, your affiant submits that there is probable cause to believe that on October 20, 2022, ROBINSON violated 18 U.S.C. § 922(g)(1), which makes it a crime for a person who has been convicted in a court of a crime punishable by imprisonment for a term exceeding one year to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

Moreover, there is probable cause to believe that on October 20, 2022, TERREANCE ROBINSON violated 18 U.S.C. § 924(c)(1)(A)(iii), which makes it a crime for an individual to possess a firearm in furtherance of a crime of violence.

There is also probable cause to believe that on October 20, 2022, ROBINSON violated D.C. Code §§ 22-401, -4502, which makes it a crime to assault an individual with the intent to kill while armed.

Your affiant further submits that there is probable cause to believe that on November 16, 2022, ROBINSON violated 18 U.S.C. § 922(g)(1), which makes it a crime for a person who has been convicted in a court of a crime punishable by imprisonment for a term exceeding one year to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

Your affiant further submits that there is probable cause to believe that on November 16, 2022, ROBINSON violated 18 U.S.C. § 924(c)(1)(A)(i), which makes it a crime for an individual to possess a firearm in furtherance of a drug trafficking crime.

There is also probable cause to believe that on November 16, 2022, ROBINSON violated 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), which makes it a crime to possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) and detectable amount of cocaine base, Schedule II narcotic drug-controlled substances.

_____
INVESTIGATOR CHRISTOPHER HYDER
METROPOLITAN POLICE DEPARMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of November, 2022.*

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE