UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 22-MJ-260 |
| | : | |
| TERREANCE ROBINSON, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 18 U.S.C. § 924(c)(1)(A)(iii) |
| | : | (Using, Carrying, Possessing, and |
| | : | Discharging a Firearm During and in |
| | : | Furtherance of a Crime of Violence) |
| | : | 22 D.C. Code §§ 401 and 4502 |
| | : | (Assault With Intent to Kill While |
| | : | Armed) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | (Using, Carrying, and Possessing a |
| | : | Firearm in Furtherance of a Drug |
| | : | Trafficking Offense) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine Base) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Fentanyl) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about October 20, 2022, within the District of Columbia, **TERREANCE**

**ROBINSON**, knowing he had previously been convicted of crimes punishable by imprisonment

for a term exceeding one year, in the United States District Court for the District of Columbia,

Criminal Case No. 20-CR-75; the Superior Court for the District of Columbia, Criminal Case No.

2018-CF2-015519; and in the Circuit Court for Prince George's County Maryland, Criminal Case

No. T161404X, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 17,

9mm handgun, S/N BNDU139, and did unlawfully and knowingly receive and possess

ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and

affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime
> Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18,
> United States Code, Section 922(g)(1))

## COUNT TWO

On or about October 20, 2022, within the District of Columbia, **TERREANCE**

**ROBINSON**, did unlawfully and knowingly use, discharge, and carry during and in relation to,

and possess in furtherance of a crime of violence, for which he may be prosecuted in a court of the

United States, that is Count Three of this Indictment which is incorporated herein, a firearm, that

is, a dark-colored semi-automatic firearm.

> **(Using, Carrying, Possessing, and Discharging a Firearm During and in Furtherance
> of a Crime of Violence**, in violation of Title 18, United States Code, Sections
> 924(c)(1)(A)(iii))

## COUNT THREE

On or about October 20, 2022, within the District of Columbia, **TERREANCE**

**ROBINSON**, while armed with a dark-colored semi-automatic firearm, assaulted C.S. with intent

to kill him.

> **(Assault With Intent to Kill While Armed**, in violation of Title 22, District of
> Columbia Code, Sections 401 and 4502)

## COUNT FOUR

On or about November 16, 2022, within the District of Columbia, **TERREANCE ROBINSON**, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 20-CR-75; the Superior Court for the District of Columbia, Criminal Case No. 2018-CF2-015519; and in the Circuit Court for Prince George's County Maryland, Criminal Case No. T161404X, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 17, 9mm handgun, S/N BNDU139, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about November 16, 2022, within the District of Columbia, **TERREANCE ROBINSON**, did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts Six and Seven of this Indictment, which is incorporated herein, a firearm, that is, a Glock 17, 9mm handgun, S/N BNDU139.

> **(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

## COUNT SIX

On or about November 16, 2022, within the District of Columbia, **TERREANCE ROBINSON,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

> **(Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SEVEN

On or about November 16, 2022, within the District of Columbia, **TERREANCE ROBINSON,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

> **(Unlawful Possession with Intent to Distribute Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## FORFEITURE ALLEGATION

1.     Upon conviction of the offense alleged in Counts One through Five of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 17, 9mm handgun, S/N BNDU139 and 9mm ammunition.

2.   Upon conviction of the offense alleged in Counts Six of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property

4

used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

      3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      (a)     cannot be located upon the exercise of due diligence;

      (b)     has been transferred or sold to, or deposited with, a third party;

      (c)     has been placed beyond the jurisdiction of the Court;

      (d)     has been substantially diminished in value; or

      (e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

      (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/ccw*

Attorney of the United States in
and for the District of Columbia.

5